GORDON W. PECK, Respondent, v. ALBERT C. KITTELBERGER et al., Individually and as Copartners under the Name of KITTELBERGER SERVICE STATION and/or LINCOLN PARK OIL AND GAS COMPANY, Appellants.—Order affirmed, with

costs to the respondent to abide the event. All concur, except Dowling, J., not voting. (The order of the Monroe County Court reverses a judgment of the Rochester City Court in favor of defendants and grants a new trial in Rochester City Court in an action to recover property damage to plaintiff's automobile alleged to have resulted while it was left in defendants' care for battery repair.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.